UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SHAVERS,                                              Case No. 1:06-CV-40

      Plaintiff,                                              Hon. Richard Alan Enslen

v.

KENNETH McKEE, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss Complaint. Plaintiff seeks to dismiss the present action. He also requests that the Court return his recently filed Complaint to him. The Court hereby grants Plaintiff's Motion to Dismiss this matter. However, the Court cannot return Plaintiff's Complaint as it is part of the official court file. Plaintiff may, however, purchase a copy of his Complaint. The Clerk of the Court charges $0.50 per page to make copies and this amount must be prepaid. In the event that Plaintiff chooses to purchase copies of his Complaint (or any other pleading), he must inform the Clerk of the Court of his intention at which point the cost for such copies will be calculated and communicated to Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Complaint (Dkt. No. 4) is **GRANTED IN PART AND DENIED IN PART**, and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:           RICHARD ALAN ENSLEN
       February 21, 2006          SENIOR UNITED STATES DISTRICT JUDGE